IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| JAMES R. LANNI, on behalf of himself and all others similarly situated<br>Plaintiff<br><br>v.<br><br>ENCORE RECEIVABLE MANAGEMENT, INC. AND CONVERGYS CORPORATION<br>Defendants | CIVIL DOCKET<br><br><br>NO. |

**NOTICE OF REMOVAL**

Defendant ENCORE RECEIVABLE MANAGEMENT, INC. and Defendant

CONVERGYS CORPORATION (collectively "Defendants"), by their undersigned counsel,

hereby petition this Court as follows, pursuant to 28 U.S.C. § 1441(a):

1.    Defendants are defendants in an action pending in the Supreme Court of the State

of New York, County of Suffolk, Index No. 617725/2018 entitled James R. Lanni, on behalf of

himself and all others similarly situated v. Encore Receivable Management, Inc. and Convergys

Corporation ("the State Court Action").  A true and correct copy of the Summons with Notice is

attached hereto as Exhibit "A".

2.    Plaintiff in the State Court Action is JAMES R. LANNI ("Plaintiff").  See Exhibit

"A".

3.    Plaintiff's State Court Action alleges violations of the Fair Debt Collection

Practices Act, 15 U.S.C. § 1692, et seq.

5.     The State Court Action involves a question of federal law.  Pursuant to 28 U.S.C. § 1331, "The district courts shall have original jurisdiction of all civil actions arising under the Constitution, laws, or treaties of the United States."

6.     Pursuant to 28 U.S.C. § 1441(a), "[a]ny civil action brought in a State court of which the district courts of the United States have original jurisdiction, may be removed by the defendant or the defendants, to the district court of the United States for the district and division embracing the place where such action is pending."

7.     Since this case arises out of an alleged violation of the Fair Debt Collection Practices Act, 15 U.S.C. § 1692, et seq., Defendants may properly remove the State Court Action based on 28 U.S.C. § 1441(a).

8.     This Notice has been filed with the Court within thirty (30) days after purported service of the Summons with Notice on Defendants.

WHEREFORE, Defendant ENCORE RECEIVABLE MANAGEMENT, INC. and Defendant CONVERGYS CORPORATION pray that the State Court Action be removed from the Supreme Court of the State of New York, County of Suffolk, Index No. 617725/2018 to this Court for proper and just determination.

FINEMAN KREKSTEIN & HARRIS, P.C.


By:       /S/ Richard J. Perr
           RICHARD J. PERR, ESQUIRE (RP 5194)
           Ten Penn Center
           1801 Market Street, Suite 1100
           Philadelphia, PA  19103-7513
           (v) 215-893-9300; (f) 215-893-8719
           rperr@finemanlawfirm.com
           Attorney for Defendant Encore Receivable
           Management, Inc. and Defendant Convergys
           Corporation

Dated:  February 5, 2019

## CERTIFICATE OF SERVICE

I, RICHARD J. PERR, ESQUIRE, hereby certify that on or about this date, I served a

true and correct copy of the foregoing electronically via the Court's CM/ECF system, or by first

class mail, postage prepaid, and/or email or facsimile on the following:


Mitchell L. Pashkin, Esquire
775 Park Avenue, Suite 255
Huntington, NY 11743
(v) 631-335-1107; (f) 631-824-9328
mpash@verizon.net
    Attorneys for Plaintiff


                    /S/ Richard J. Perr
                    RICHARD J. PERR, ESQUIRE

Dated: February 5, 2019